### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case Number: 05-65746 |
| BAINBRIDGE MANAGEMENT, LP ) | |
| ) | Chapter 7 |
| Debtor ) | |
| ) | Judge J. Philip Klingeberger |

### ORDER

Due notice having been given and the Court being fully advised in the premises, it is hereby ordered that:

Venue of this Chapter 7 proceeding is hereby transferred to the Bankruptcy Court for the Northern District of Illinois, Eastern Division.

Dated: Hammond, Indiana

May 26, 2006

_____
Honorable J. Philip Klingeberger
UNITED STATES BANKRUPTCY JUDGE

CHI 3471359v.1



# BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0755-6 | User: cag | Page 1 of 2 | Date Rcvd: May 30, 2006 |
| Case: 05-65746 | Form ID: pdf004 | Total Served: 39 | |

The following entities were served by first class mail on Jun 01, 2006.
```
db        +Bainbridge Management, L.P.,   240 East 90th Avenue,   Merrillville, IN 46410-8102
aty       +Eric S. Pruitt,   One South Dearborn,   Chicago, IL 60603-2302
aty       +Gabriel Aizenberg,   One South Dearborn,   Chicago, IL 60603-2302
aty       +Scott Mendeloff,   One South Dearborn,   Chicago, IL 60603-2302
sp        +Stephen Bower,   200 East 90th Place,   Merrillville, IN 46410-8102
8187431   +ARTHUR G. SIMON,   CRANE, HEYMAN, SIMON, WELCH & CLAR,   ATTORNEY AT LAW,
             135 S. LA SALLE STREET, SUITE 3705,   Chicago, IL 60603-4177
8187432   +Brian P. Rogan Trustee, Dated 12-31-1992,   C/O FREDRICK CUPPY, TRUSTEE,   3100 N. OCEAN BLVD,
             SUITE 703,   Fort Lauderdale, FL 33308-7194
8187434   +DEXIA CREDIT LOCAL,   C/O SIDLEY, AUSTIN, BROWN & WOOD, LLP,   ATTORNEY AT LAW,
             1 S. DEARBORN STREET,   Chicago, IL 60603-2302
8187436    EUGENE CRANE,   CHAPTER 7 TRUSTEE,   135 S. LASALLE STREET,   SUITE 3705,   Chicago, IL 60603
8187435   +Edgewater Medical Center,   5700 North Asland Avenue,   Chicago IL 60660-4086
8608174   +Fred M. Cuppy,   3100 North Ocean Blvd.,   Unit 703,   Ft. Lauderdale, Fl 33308-7194
8187437   +HINSHAW & CULBERTSON LLP,   ATTORNEY AT LAW; ATTN: D. PERDAN,   4343 COMMERCE COURT,   SUITE 415,
             Lisle, IL 60532-0924
8187438   +IDOR,   P.O. BOX 1674,   INDIANAPOLIS, IN 46206-1674
8187439   +INDIANA DEPARTMENT OF REVENUE,   BANKRUPTCY SECTION ROOM, N203,   INDIANA GOVERMENT CENTER NORTH,
             100 N. SENATE AVENUE,   Indianapolis, IN 46204-2273
8187442  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: INTERNAL REVENUE SERVICE,   Cincinnati, OH 45999-0030)
8187433  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: DEPARTMENT OF TREASURY,   INTERNAL REVENUE SERVICE,   230 S. Dearborn,
             Room 2560,   Stop 5014 CHI,   Chicago, IL 60604-1505)
8187441    INTERNAL REVENUE SERVICE,   Philadelphia, PA 19255-0002
8187440    INTERNAL REVENUE SERVICE,   230 SOUTH DEARBORN,   ROOM 2560,   5014 CHI,   Chicago, IL 60604
8191535    Indiana Department of Revenue,   100 North Senate,   Room N203,   Indianapolis IN 46204-2217
8191536   +Indiana Gross Inc Div,   P.O. Box 595,   Indianapolis IN 46206-0595
8187443   +KELLEY DRYE & WARREN LLP,   ATTORNEY AT LAW,   101 PARK AVENUE,   ATTN: TREASURER'S DEPARTMENT,
             New York, NY 10178-0002
8548361   +LAKE COUNTY TREASURER,   2293 N. MAIN STREET,   CROWN POINT, IN 46307-1854
8191534   +Lake County Treasurer,   2293 North Main Street,   Crown Point IN 46307-1854
8187445   +MAYER, BROWN, ROWE & MAW,   ATTORNEY AT LAW,   ATTN: PHILLIP S. REED,   71 SOUTH WACKER DRIVE,
             Chicago, IL 60606-4637
8187444   +MAYER, BROWN, ROWE & MAW,   ATTORNEY AT LAW,   ATTN: PHILLIP S. REED,   190 SOUTH LASALLE STREET,
             Chicago, IL 60603-3410
8187446    NET NITCO,   P.O. BOX 486,   Hebron, IN 46341-0486
8187447   +OFFICE OF ATTORNEY GENERAL,   INDIANA GOVERMENT CENTER SOUTH,   FIFTH FLOOR,
             402 W. WASHINGTON STREET,   Indianapolis, IN 46204-2243
8187448   +PETER ROGAN,   476 WEXFORD,   Valparaiso, IN 46385-8045
8548362   +RMS,   77 HARTLAND STREET,   SUITE 401,   PO BOX 28041,   EAST HARTFORD, CT 06108-3259
8187449   +Robert C. Rogan Trust, Dated 12-31-1992,   C/O FREDRICK CUPPY, TRUSTEE,   3100 N. OCEAN BLVD,
             SUITE 703,   Fort Lauderdale, FL 33308-7194
8187451   +STEPHEN C. BOWER,   ATTORNEY AT LAW,   COHEN AND THIROS,   200 EAST 90TH DRIVE,
             Merrillville, IN 46410-8102
8187450   +Sara C. Rogan Trust, Dated 12-31-1992,   C/O FREDRICK CUPPY, TRUSTEE,   3100 N. OCEAN BLVD,
             SUITE 703,   Fort Lauderdale, FL 33308-7194
8605583   +St. Paul Travelers c/o St. Paul Trav Inv,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126,   Telephone Number: (410) 773-4085
8548363   +TRAVELERS INDEMNITY COMPANY,   Michael P. Balady,   St. Paul Travelers,   One Tower Square 8MS,
             Hartford, CT 06183-0001
8519447   +TRAVELERS INDEMNITY COMPANY OF ILLINOIS,   ONE TOWER SQUARE,   HARTFORD, CT 06183-0001
8605600   +Travelers Prop Casualty c/o St. Paul TravInv,   c/o RMS Bankruptcy Recovery Services,
             P.O. Box 5126,   Timonium, Maryland 21094-5126,   Telephone Number: (410) 773-4085
8605572   +Travelers Prop Casualty c/oSt. Paul Trav Inv,   c/o RMS Bankruptcy Recovery Services,
             P.O. Box 5126,   Timonium, Maryland 21094-5126,   Telephone Number: (410) 773-4085
8187452   +UNITED STATES ATTORNEY OFFICE,   5400 FEDERAL PLAZA,   SUITE 1500,   Hammond, IN 46320-1843
8519448   +WILLIS OF ILLINOIS, INC,   10 SOUTH LASALLE STREET,   SUITE 3000,   CHICAGO, IL 60603-1012
```

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
8548364*  +TRAVELERS INDEMNITY COMPANY OF ILLINOIS,   ONE TOWER SQUARE,   HARTFORD, CT 06183-0001
8548365*  +WILLIS OF ILLINOIS, INC,   10 SOUTH LASALLE STREET,   SUITE 3000,   CHICAGO, IL 60603-1012
```
                                                                                        TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0755-6        User: cag              Page 2 of 2           Date Rcvd: May 30, 2006
Case: 05-65746              Form ID: pdf004        Total Served: 39
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2006                Signature:   *Joseph Speetjens*