UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAINBRIDGE MANAGEMENT, LP, | ) | CASE NO. 06-06483 |
| | ) | |
| DEBTOR. | ) | HON. BRUCE W. BLACK |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    David P. Leibowitz, Esq.
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085-4216
Registrant's e-mail:** dpl@lakelaw.com

        **Please Take Notice** that on Wednesday, November 28, 2007, the United States Trustee for the
Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District
of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith
served upon you.

        The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set
forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final
Report.

**REQUEST FOR NOTICE**

        Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice
be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for
compensation and reimbursement of expenses, and the trustee's final report.

                                                WILLIAM NEARY
                                                UNITED STATES TRUSTEE


Dated:   November 28, 2007                   By: /s/ Dean C. Harvalis
                                                Assistant U.S. Trustee
                                                Office of the U.S. Trustee
                                                227 West Monroe Street
                                                Suite 3350
                                                Chicago, IL 60606
                                                (312) 886-5783

**CERTIFICATE OF SERVICE**

        I, Dean C. Harvalis, an Attorney, state that pursuant to Section II, B, 4 of the Administrative
Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice
of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the
Court's Electronic Notice for Registrants on November 28, 2007.


                                                /s/ Dean C. Harvalis