**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| **Bainbridge Management LP** | ) | |
| | ) | CASE NO. 06 B 06483 |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>  At:  U.S. BANKRUPTCY COURT
>        219 South Dearborn, Courtroom 615
>        Chicago, Illinois 60604
>
>  on: **January 10, 2008**
>  at: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                   $    15,031.98

   b. Disbursements                              $         0.00

   c. Net Cash Available for Distribution$    15,031.98

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,253.20 | $ |
| Trustee | $ 0.00 | $ | $ 88.49 |
| Trustee's Firm Legal | $ 0.00 | $ 6,400.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ 2,347.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 73.52 |
| Trustee's Firm Legal | $ 0.00 | $ | $ 455.00 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $100.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Department of Treasury | $100.00 | $100.00 |

6.   Claims of general unsecured creditors totaling $93,574,044.84, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.0035%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DEPARTMENT OF TREASURY | $ 200.00 | $ 0.03 |
| 2 | Fred M. Cuppy | $ 450,000.00 | $ 15.95 |
| 3 | Fred M. Cuppy | $ 450,000.00 | $ 15.95 |
| 4 | DEXIA CREDIT LOCAL | $ 55,000,000.00 | $ 1,948.00 |
| 5 | Edgewater Medical Center | $ 37,673,844.84 | $ 1,334.34 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 10, 2007**    For the Court,

By:  **KENNETH S. GARDNER**
     Kenneth S. Gardner
     Clerk of the United States Bankruptcy Court
     219 S. Dearborn Street, 7th Floor
     Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2           Date Rcvd: Dec 10, 2007
Case: 06-06483                Form ID: pdf002             Total Served: 39

The following entities were served by first class mail on Dec 12, 2007.
db           +Bainbridge Management, LP,    240 East 90th Avenue,    Merrillville, IN 46410-8102
aty          +Kenneth A Manning,    200 Monticello Drive,    Dyer, IN 46311-1473
aty          +Laura Barrientos-Du Vall,    Leibowitz Law Center,    420 West Clayton Street,
               Waukegan, Il 60085-4216
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10763070     +ARTHUR G. SIMON,     CRANE, HEYMAN, SIMON, WELCH & CLAR,     ATTORNEY AT LAW,
               135 S. LA SALLE STREET, SUITE 3705,     Chicago, IL 60603-4177
10763071     +Brian P. Rogan Trustee, Dated 12-31-1992,     C/O FREDRICK CUPPY, TRUSTEE,    3100 N. OCEAN BLVD,
               SUITE 703,    Fort Lauderdale, FL 33308-7194
10763073     +DEXIA CREDIT LOCAL,    C/O SIDLEY, AUSTIN, BROWN & WOOD, LLP,     ATTORNEY AT LAW,
               1 S. DEARBORN STREET,    Chicago, IL 60603-2302
10763075     +EUGENE CRANE,    CHAPTER 7 TRUSTEE,    135 S. LASALLE STREET,     SUITE 3705,
               Chicago, IL 60603-4101
10763074     +Edgewater Medical Center,    5700 North Asland Avenue,    Chicago IL 60660-4086
10763076     +Fred M. Cuppy,    3100 North Ocean Blvd.,    Unit 703,    Ft. Lauderdale, Fl 33308-7194
10763077     +HINSHAW & CULBERTSON LLP,    ATTORNEY AT LAW; ATTN: D. PERDAN,     4343 COMMERCE COURT,    SUITE 415,
               Lisle, IL 60532-0924
10763078     +IDOR,    P.O. BOX 1674,    INDIANAPOLIS, IN 46206-1674
10763079     +INDIANA DEPARTMENT OF REVENUE,    BANKRUPTCY SECTION ROOM, N203,     INDIANA GOVERMENT CENTER NORTH,
               100 N. SENATE AVENUE,    Indianapolis, IN 46204-2273
10763082      INTERNAL REVENUE SERVICE,    Philadelphia, PA 19255-0002
10763083      INTERNAL REVENUE SERVICE,    230 SOUTH DEARBORN,    ROOM 2560,    5014 CHI,    Chicago, IL 60604
10763084    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,    Cincinnati, OH 45999-0030)
10763072    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  DEPARTMENT OF TREASURY,    INTERNAL REVENUE SERVICE,    230 S. Dearborn,
               Room 2560,    Stop 5014 CHI,    Chicago, IL 60604)
10763080      Indiana Department of Revenue,    100 North Senate,    Room N203,    Indianapolis IN 46204-2217
10763081     +Indiana Gross Inc Div,    P.O. Box 595,    Indianapolis IN 46206-0595
10763085     +KELLEY DRYE & WARREN LLP,    ATTORNEY AT LAW,    101 PARK AVENUE,    ATTN: TREASURER'S DEPARTMENT,
               New York, NY 10178-0002
10763087     +LAKE COUNTY TREASURER,    2293 N. MAIN STREET,    CROWN POINT, IN 46307-1854
10763086     +Lake County Treasurer,    2293 North Main Street,    Crown Point IN 46307-1854
10763088     +MAYER, BROWN, ROWE & MAW,    ATTORNEY AT LAW,    ATTN: PHILLIP S. REED,    190 SOUTH LASALLE STREET,
               Chicago, IL 60603-3410
10763089     +MAYER, BROWN, ROWE & MAW,    ATTORNEY AT LAW,    ATTN: PHILLIP S. REED,    71 SOUTH WACKER DRIVE,
               Chicago, IL 60606-4637
10763090      NET NITCO,    P.O. BOX 486,    Hebron, IN 46341-0486
10763091     +OFFICE OF ATTORNEY GENERAL,    INDIANA GOVERMENT CENTER SOUTH,     FIFTH FLOOR,
               402 W. WASHINGTON STREET,    Indianapolis, IN 46204-2243
10763092     +PETER ROGAN,    476 WEXFORD,    Valparaiso, IN 46385-8045
10763093     +RMS,    77 HARTLAND STREET,    SUITE 401,    PO BOX 28041,    EAST HARTFORD, CT 06108-3253
10763094     +Robert C. Rogan Trust, Dated 12-31-1992,     C/O FREDRICK CUPPY, TRUSTEE,    3100 N. OCEAN BLVD,
               SUITE 703,    Fort Lauderdale, FL 33308-7194
10763097     +STEPHEN C. BOWER,    ATTORNEY AT LAW,    COHEN AND THIROS,    200 EAST 90TH DRIVE,
               Merrillville, IN 46410-8102
10763095     +Sara C. Rogan Trust, Dated 12-31-1992,     C/O FREDRICK CUPPY, TRUSTEE,    3100 N. OCEAN BLVD,
               SUITE 703,    Fort Lauderdale, FL 33308-7194
10763096     +St. Paul Travelers c/o St. Paul Trav Inv,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
10763098     +TRAVELERS INDEMNITY COMPANY,    Michael P. Balady,    St. Paul Travelers,    One Tower Square 8MS,
               Hartford, CT 06183-0001
10763099     +TRAVELERS INDEMNITY COMPANY OF ILLINOIS,    ONE TOWER SQUARE,    HARTFORD, CT 06183-0001
10763101     +Travelers Prop Casualty c/o St. Paul TravInv,     c/o RMS Bankruptcy Recovery Services,
               P.O. Box 5126,    Timonium, Maryland 21094-5126
10763102     +Travelers Prop Casualty c/oSt. Paul Trav Inv,     c/o RMS Bankruptcy Recovery Services,
               P.O. Box 5126,    Timonium, Maryland 21094-5126
10763103     +UNITED STATES ATTORNEY OFFICE,    5400 FEDERAL PLAZA,    SUITE 1500,    Hammond, IN 46320-1843
10763104     +WILLIS OF ILLINOIS, INC,    10 SOUTH LASALLE STREET,    SUITE 3000,    CHICAGO, IL 60603-1012
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10763100*    +TRAVELERS INDEMNITY COMPANY OF ILLINOIS,    ONE TOWER SQUARE,    HARTFORD, CT 06183-0001
10763105*    +WILLIS OF ILLINOIS, INC,    10 SOUTH LASALLE STREET,    SUITE 3000,    CHICAGO, IL 60603-1012
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Dec 10, 2007
Case: 06-06483                Form ID: pdf002          Total Served: 39
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2007**                     **Signature:** _Joseph Speetjens_